*E-Filed 5/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELO ANTONIO ESCALANTE, | No. C 13-0950 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| G. LEWIS, Warden, | |
| Respondent. | |

Petitioner was ordered to pay the $5.00 filing fee within 30 days. More than 30 days have passed, and petitioner has not paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Any motion to reopen the action **must** contain **either** (1) full payment for the $5.00 filing fee; or, (2) if his ability to pay has changed, as petitioner asserts, a renewed *in forma pauperis* ("IFP") application detailing his changed circumstances. Petitioner's motion to amend the Court's IFP order (Docket No. 6) is DENIED. A new IFP application form will be sent to petitioner. The Clerk shall terminate Docket No. 6, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: May 7, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-0950 RS (PR)
ORDER OF DIMISSAL