UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELO ANTONIO ESCALANTE, | No. C 13-0950 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| G. LEWIS, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file an amended petition (Docket No. 16) is GRANTED.  The amended petition shall be filed on or before January 10, 2014.  **No further extensions will be granted.**  Failure to file such petition by the deadline will result in the dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall terminate Docket No. 16.

**IT IS SO ORDERED**.

DATED: December 3, 2013

RICHARD SEEBORG
United States District Judge