*E-Filed 5/7/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANGELO ANTONIO ESCALANTE,

    Petitioner,

    v.

G. LEWIS,

    Respondent.

No. C 13-0950 RS (PR)

**ORDER TO SHOW CAUSE**

## INTRODUCTION

Petitioner seeks federal habeas relief from his jailors' validation of him as a gang associate. The petition for such relief is now before the Court for review pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases. The filing fee has been paid. **Respondent shall file an answer or dispositive motion on or before August 1, 2014, unless an extension is granted.**

## BACKGROUND

According to the petition, in 2010, petitioner's jailors at Pelican Bay State Prison validated him as an associate of a prison gang. In consequence, his placement in the Secured Housing Unit, and his forfeiture of good time credits, was continued.

**DISCUSSION**

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A district court considering an application for a writ of habeas corpus shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false. *See Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990).

As grounds for federal habeas relief, petitioner alleges that his validation as a gang associate violated his (1) due process and (2) equal protection rights. When liberally construed, these claims are cognizable on federal habeas review.

**CONCLUSION**

1. The Clerk shall serve a copy of this order, the petition and all attachments thereto, on respondent and respondent's counsel, the Attorney General for the State of California. The Clerk shall also serve a copy of this order on petitioner.

2. Respondent shall file with the Court and serve on petitioner, within **ninety (90)** days of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on petitioner's cognizable claims. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that previously have been transcribed and that are relevant to a determination of the issues presented by the petition.

3. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent's counsel within **thirty (30)** days of the date the answer is filed.

1  4. In lieu of an answer, respondent may file, within **ninety (90)** days of the date this
2  order is filed, a motion to dismiss on procedural grounds, as set forth in the Advisory
3  Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If respondent files
4  such a motion, petitioner shall file with the Court and serve on respondent an opposition or
5  statement of non-opposition within **thirty (30)** days of the date the motion is filed, and
6  respondent shall file with the Court and serve on petitioner a reply within **fifteen (15)** days of
7  the date any opposition is filed.

8  5. Petitioner is reminded that all communications with the Court must be served on
9  respondent by mailing a true copy of the document to respondent's counsel.

10  6. It is petitioner's responsibility to prosecute this case.  Petitioner must keep the
11  Court and respondent informed of any change of address and must comply with the Court's
12  orders in a timely fashion.  Failure to do so may result in the dismissal of this action for
13  failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

14  7. Upon a showing of good cause, requests for a reasonable extension of time will be
15  granted provided they are filed on or before the deadline they seek to extend.

16  **IT IS SO ORDERED**.

17  DATED:  May 7, 2014

                                        _____
18                                        RICHARD SEEBORG
                                        United States District Judge